SCHUMACHER, Respondent, v. GREAT EASTERN CASUALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Clara Schumacher against the Great Eastern Casualty

Company. S. H. Guggenheimer, for appellant. A. Gruber, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. Order filed.

HOUGHTON, J., dissents.